Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT, RIVERA and ABDUS-SALAAM.

ERIC M. BERMAN, P.C., et al., Respondents, v CITY OF NEW YORK et al., Appellants.

Decided November 20, 2014

*See* 770 F3d 1002.

Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT and ABDUS-SALAAM. Taking no part: Judge RIVERA.

TONY MAFES, Respondent, v CITY OF NEW YORK et al., Defendants, and LINCOLN TUGWELL, Appellant.

Submitted October 14, 2014; decided November 20, 2014

Motion, insofar as it seeks leave to appeal from those portions of the Appellate Division order which (1) dismissed the appeal from so much of Supreme Court's order as denied reargument and (2) affirmed that portion of Supreme Court's order as denied appellant's motion for an extension of time, dismissed upon the ground that those portions of the order do not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of OKSOON K., Respondent, v YOUNG K., Appellant.

Submitted October 20, 2014; decided November 20, 2014